March 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOHANNES "JOE" ELMGREN AND VALARIE ELMGREN, INDIVIDUALLY AND AS NEXT FRIENDS OF THEIR MINOR CHILDREN, Appellants

NO. 14-13-00044-CV                 V.

INEOS USA, LLC F/K/A INNOVENE USA, LLC, INEOS POLYMERS, INC., A/K/A INEOS OLEFINS, INEOS OLEFINS & POLYMERS USA, A DIVISION OF INEOS USA, LLC, AND JONATHAN "BUBBA" PAVLOVSKY, Appellees

_____

This cause, an appeal from the summary judgment in favor of appellees, Ineos USA, LLC f/k/a Innovene USA, LLC, Ineos Polymers, Inc., a/k/a Ineos Olefins, Ineos Olefins & Polymers USA, a division of Ineos USA, LLC, and Jonathan "Bubba" Pavlovsky, signed December 13, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED in part** and **REMAND** the cause for proceedings in accordance with the court's opinion. Specifically, we reverse the trial court's granting of summary judgment pursuant to chapter 95 of the Texas Civil Remedies and Practice Code as to appellee Pavlovsky. With regard to appellants the Elmgrens' claims based on negligent-activity and negligent-undertaking theories, we reverse the trial court's granting of summary judgment as to all appellees. In all other respects, we **AFFIRM** the summary judgment.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.